# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                                              Case No: 8:21-mc-131-KKM-JSS

LARISSA NAGIBINA,

    Defendants.
_____

## ORDER

Plaintiff moves for entry of final judgment of garnishment against garnishee, JP Morgan Chase Bank, N.A. (Doc. 19.)

After reviewing the Motion, the Magistrate Judge issued a Report recommending that this Court grant Plaintiff's motion. (Doc. 21.) The fourteen-day deadline for parties to object to the Magistrate Judge's Report has passed, and none has filed an objection. Nevertheless, this Court reviews the Magistrate Judge's legal conclusions *de novo*. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.).

After a careful and complete review, the Court concludes that the Motion should be granted for the reasons stated in the Magistrate Judge's Report. (Doc. 21.)

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Final Judgment in Garnishment (Doc. 19) is **GRANTED**.

3. The Clerk is directed to **ENTER JUDGMENT** in favor of Plaintiff against JP Morgan Chase Bank, N.A. in the amount of $1,360.72.

**DONE AND ORDERED** at Tampa, Florida, on August 23, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record